THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EVERLYNE NKADORI, *Individually, as Surviving Spouse, as Next Friend of A.H.O. and A.J.O., minor children, and as the Personal Representative of the Estate of Allen Odhiambo Onucko, Deceased* and AIMEE SHEAROD *as Next Friend of A.A.O., minor child*<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>HARRISON COMPANY LLC and DEJON ONEIL JACKSON.<br><br>　　　　　　*Defendants*. | Case No. 2:20-cv-00131-RSP |

## JUDGMENT

This matter having come before the Court for trial by jury on May 17, 2021, and the jury having rendered a unanimous verdict on May 20, 2021, and the jury having allocated ten percent (10%) negligence to Harrison Company, LLC, forty percent (40%) negligence to Dejon Oneil Jackson, and fifty percent (50%) negligence to Allan Onucko;

It is **ORDERED AND ADJUDGED** that Defendants Harrison Company, LLC and Dejon Oneil Jackson shall pay unto the Plaintiffs the following sums, together with legal interest and all costs of this proceeding:

　　Plaintiff Everlyne N. Nkadori: $ 477,093.75
　　Plaintiff Everlyne N. Nkadori *as next of friend of A.H.O.*: $168,325
　　Plaintiff Everlyne N. Nkadori *as next of friend of A.J.O.*: $158,950
　　Plaintiff Aimee Shearod *as next of friend of A.A.O.*: $357,631.25

**SIGNED this 21st day of May, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE